[Decided June 5, 1893.]

### R. F. McCONNAUGHY v. H. C. WILSON.

Lake County.

This was an action for the recovery of money paid by the plaintiff for the defendant for his benefit, upon his authority, and at his request. The case was tried before a jury at the October term, 1892, and the plaintiff recovered judgment for nine hundred and twenty-nine dollars and thirty-two cents, with interest thereon from January 1, 1892, and from that judgment this appeal is taken.

*Wm. A. Wilshire*, for Appellant.

*Lionel R. Webster*, for Respondent.

PER CURIAM.— Judgment affirmed.